UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BRENNAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN ASHCROFT, *et al.*, <br><br> Defendants. | No. 02-cv-0256 (FB) (RML) |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of Matthew Colangelo as an attorney for the Arroyo Intervenors in the above-captioned action.

In a consolidation order entered November 25, 2003, Judge Block consolidated the above-captioned action into lead case *United States v. New York City Board of Education, et al.*, No. 96-cv-0374. *See* No. 02-cv-0256 docket no. 83 (entered Nov. 25, 2005); No. 96-cv-0374 docket no. 375 (entered Nov. 25, 2003). Judge Block's order granting the Arroyo Intervenors' Motion to Intervene was entered on the docket of both cases. *See* No. 02-cv-0256 docket no. 91 (entered Aug. 3, 2004); No. 96-cv-0374 docket no. 441 (entered Aug. 3, 2004).

Dated: August 11, 2004.

THEODORE M. SHAW
Director-Counsel

_____
NORMAN J. CHACHKIN (NC-0709)
ROBERT H. STROUP (RS-5929)
MATTHEW B. COLANGELO (MC-1746)
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson St., 16th Floor
New York, NY 10013
(212) 965-2268

Attorneys for Intervenors Pedro Arroyo, *et al.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Notice of Appearance of Counsel for Intervenors Pedro Arroyo, *et al.*, was sent by first-class mail (properly addressed with postage duly paid) to the attorneys of record for all of the parties in this action at the addresses listed below:

1. Charles E. Leggott
   U.S. Department of Justice
   Civil Rights Division, Employment Litigation Section
   950 Pennsylvania Ave., NW
   Patrick Henry Building, Room 4028
   Washington, DC  20530

2. Norma Cote
   The City of New York Law Department
   Office of Corporation Counsel
   100 Church Street
   New York, NY  10007

3. Michael E. Rosman
   Center for Individual Rights
   1233 20th Street, NW
   Suite 300
   Washington, DC  20036

4. George W.C. McCarter
   McCarter & Higgins, LLP
   48 Drs. James Parker Blvd.
   Red Bank, NJ  07701

5. Emily J. Martin
   American Civil Liberties Union
   Women's Rights Project
   125 Broad Street, 18th Floor
   New York, NY  10004

6. Melissa R. Chernofsky
   Hughes Hubbard & Reed LLP
   One Battery Park Plaza
   New York, NY  10004

Dated: AUGUST 11, 2004.

_/s/ Matthew B. Colangelo_
MATTHEW B. COLANGELO (MC-1746)
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson St., 16th Floor
New York, NY 10013
(212) 965-2268

Attorney for Intervenors Pedro Arroyo, *et al.*