**CIVIL CAUSE FOR** A HEARING

**BEFORE BLOCK. J..** 11/21/06     **TIME:** 11AM

CV-02-256 (FB)

**TITLE:** BRENNAN -vs- Ashcroft.

**PLTFFS ATTY:** SEE ATTACHED
✗ present     ___ not present

___ present     ___ not present

___ present     ___ not present

**DEFTS ATTY:** SEE ATTACHED.
✗ present     ___ not present

___ present     ___ not present

___ present     ___ not present

**REPORTER** Tony M     **COURTROOM DEPUTY MJI**

**OTHER:** _____

✗ CASE CALLED.

___ Conf. adj'd to _____.

All Counsel present, Htry begins, witness sworn & testify, exhibits offered & entered into evidence, decision reserved, counsel shall submit further ltr. briefs in 2wks.

<u>U.S.A. v. N.Y.C. BOARD OF EDUCATION</u>
<u>cv-96-374 (FB)(RL)</u>

<u>BRENNAN V. ASHCROFT, et. al.</u>
<u>CV-02-256 (FB)(RL)</u>

<u>APPEARANCES:</u>

**For Plaintiffs**:

John Brennan, et. al.                    Michael Rosman

James Ahearn                             ~~Christine M. Roth~~


**For Defendants**:

John Ashcroft                            Charles E. Leggott
Department of Justice                    Esta Tamboro

New York City                            Lawrence Profeta

**Intervenor Defendant**:

Irene Wolkiewicz, et. al.                ~~Emily Martin~~ ARA CELI
                                         ~~Natalie Suhl~~   MARTINEZ -aclu

**Intervenor Plaintiffs**:

Janet A. Caldero, et. al.                ~~Emily J. Martin~~
                                         ~~Natalie Suhl~~

**Intervenor Plaintiffs**, NAACP:

Pedro Arroyo, et. al.                    Matthew Colangelo
                                         Robert Strup